1

2

3

4

5

6

7                        **UNITED STATES DISTRICT COURT**

8                               **DISTRICT OF NEVADA**

9                                      * * *

10   UNITED STATES OF AMERICA,            )
                                          )
11              Plaintiff,                )
                                          )
12   vs.                                  )          2:10-cr-248-JCM-GWF
                                          )
13   JOSES VENEGAS-SAGASTE,               )
                                          )
14              Defendant.                )          **ORDER**
                                          )
15   _____

16          IT IS HEREBY ORDERED that Travis Shetler, Esq. is APPOINTED as counsel for

17   JOSES VENEGAS-SAGASTE in place of the Federal Public Defender for all future proceedings.

18          The Federal Public Defender  shall forward the file to Mr. Shetler forthwith.

19
     DATED  this 28th day of April, 2011
20   Nunc Pro Tunc: April 27, 2011

21

22                                                  _____
                                                    GEORGE FOLEY, JR.
23                                                  UNITED STATES MAGISTRATE  JUDGE

24

25

26

27

28