# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-248-JCM (GWF) |
| ) | |
| JOSE VENEGAS-SAGASTE, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On December 2, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1), (a)(2), and (p); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant JOSE VENEGAS-SAGASTE to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant JOSE VENEGAS-SAGASTE pled guilty. Docket #16, #89, #90, #91.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 7, 2011, through January 5, 2012, notifying all third parties of their right to petition the Court. #94.

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2 time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4 for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United
9 States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1), (a)(2), and (p); Title
10 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and
11 Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

12  a) a Star Bonifacio Echeverria M45 Firestar, .45 caliber semiautomatic
13  handgun with serial number 2059799;
14  b) any and all ammunition; and
15  c) an *in personam* criminal forfeiture money judgment of $12,500.00 in United
16  States Currency.

17  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
18 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
19 as any income derived as a result of the United States of America's management of any property
20 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
21 according to law.

22  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
23 certified copies to the United States Attorney's Office.

24  DATED this 21st day of March, 2012.

25
26  UNITED STATES DISTRICT JUDGE