1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
        Plaintiff, )
                        )   **Case No. 2:10-cr-248-JCM-GWF**
  vs. )
                        )        **O R D E R**
JOSE VENEGAS-SAGASTE, )
        Defendant. )

       On September 28, 2012, this Court received a request from Felicia Zabin, Court Reporter, for a transcript of the **sealed** Motion Hearing, held on March 28, 2011.

       IT IS THEREFORE ORDERED that the reporter notes of said hearing shall be unsealed for the limited purpose of providing the transcript as requested by **MARIA VALENCIA, ESQ.** The original reporter notes shall thereafter be resealed, together with the certified copy of the transcript delivered to the Clerk pursuant to 28 U.S.C. §753(b), until further order of this Court.

       IT IS FURTHER ORDERED that Felicia Zabin, Court Reporter, shall not disclose the contents of the transcript of the **sealed** proceeding to anyone other than the parties or representatives of the parties directly concerned with this case.

       DATED this 28th day of Sept, 2012.

                                          JAMES C. MAHAN
                                          United States District Judge